UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA,

v.                                                          CRIMINAL NO.: 2:19mj343

CHRISTINA LARSON

   Defendant

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of records:

Enter my appearance as counsel in this case for Christina Larson.

I certify that I am admitted to practice in this court.

                                          Respectfully Submitted,

                                        _____/s/_____
                                        Shawn M. Cline, Esq.
                                        Virginia State Bar No. 48176
                                        Attorney for the Defendant
                                        Law Office of Shawn M. Cline, PC
                                        38 Wine St.
                                        Hampton, VA 23669
                                        Phone: 757-224-1777
                                        Fax:   757-224-0664

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2019, I electronically filed a copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

James T. Cole, Esq.
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: (757) 441-6712
Fax: (757) 441-3205
Email: James.cole@usdoj.gov