## MISDEMEANOR MINUTES:

| | |
|---|---|
| Time Set: 09:00 a.m. | Date: July 24, 2019 |
| Time Started: 9:09 am | Presiding Judge: Douglas E. Miller |
| Time Ended: 9:10 am | Courtroom Deputy: J. Jones |
| Recorded by: FTR | U.S. Attorney: James Cole, SAUSA |
| | Defense Counsel: Shawn Cline |
| Case Number: 2:19mj343 | ( x ) Retained   ( ) Court-appointed |
| | ( ) AFPD   ( ) Waived Counsel |

USA v. Christina M. Larson

COUNTS:  1) Theft/Embezzlement of U.S. Property
         2) _____
         3) _____
         4) _____

(X) (X) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
(X) Initial Appearance ( ) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
(X) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____     ( ) Granted   ( ) Denied
(X) Defendant motion: (X) Continue ( ) Judgment of Acquittal ( ) Strike
(X) Other     APTD         (X) Granted   ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
(X) Case continued to 9:00 a.m. on 12/18/19 for APTD
( ) Bond set _____ with the following conditions of release:

| | |
|---|---|
| 1) ( ) Probation Office supervision | 5) ( ) Substance abuse testing and if positive treatment as deemed necessary by PO. |
| 2) ( ) Shall not operate m/v after consuming alcohol | 6) ( ) Mental health evaluation and treatment as deemed necessary by PO |
| 3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so | 7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician |
| 4) ( ) No consumption ( ) No excessive use of alcohol | 8) ( ) _____ |

( ) Proffer                              ( ) Evidence & Witnesses presented
( ) Statement by Defendant               ( ) PSR WAIVED by all parties
( ) Found Guilty    ( ) Found Not Guilty ( ) Continued for Pre-sentence Report
( ) Dismissed by Court                   ( ) Advised of Right to Appeal
( ) Sentencing: _____
( ) Defendant remanded to custody

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.

( ) _____

## SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:

( ) Defendant prohibited from operating a motor vehicle on a public highway for a period of _____ ( ) year(s)   ( ) month(s)
( ) Defendant to pay fine and special assessment ( ) immediately ( ) within the first _____ months of probation.
( ) Defendant to participate in a ( ) drug ( ) alcohol ( ) substance abuse ( ) mental health education and treatment program as directed by the U. S. Probation Office. ( ) at defendant's expense.
( ) Restricted License Order as directed by the U.S. Probation Office.
( ) Defendant shall serve _____ community service.
( ) Defendant to make restitution in the sum of $ _____ to
_____
( ) Defendant to submit to random urinalysis testing as directed the U.S. Probation office.
( ) Defendant shall refrain from any unlawful use of a controlled substance.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S., Probation office.
( ) Defendant directed to serve _____ days in jail ( ) Remanded ( ) Report as directed by U.S. Probation Office   ( ) jail time may be served on weekends as directed by U.S. Probation
( ) _____
( ) _____
( ) _____
( ) _____

## WITNESSES:

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

## EXHIBITS:

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____

Govt. _____   Deft _____